AO 442 (Rev. 01/09) Arrest Warrant

1015952

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:49
RECEIVED APR 4 '23

United States of America
v.
QUANTE WIGGINS

*Defendant*

)
)
)
)
)
)

Case: 1:23-cr-00109
Assigned to: Chief Judge James E. Boasberg
Assign Date: 4/4/2023
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     QUANTE WIGGINS

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)-Unlawful Possession of a Firearm and Ammunition by a person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year; 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C)-Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base; 21 U.S.C. § 860(a)-Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base Within 1000 Feet of a School; 18 U.S.C. § 924(c)(1)(A)(i)-Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense

Date: 04/04/2023

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2023.04.04 16:14:09 -04'00'

*Issuing officer's signature*

City and state:     Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/4/2023, and the person was arrested on *(date)* 5/24/2023
at *(city and state)* DC DC

Date: 5/24/2023

Trejo M.
*Arresting officer's signature*

Trejo M DUSM
*Printed name and title*